| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>BABCOCK, LEWIS T | 2. Court or Organization<br>U.S. DISTRICT COURT - COLORADO | 3. Date of Report<br>4/7/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>CHIEF JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>901 - 19th STREET, A273<br>DENVER, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 12 P 2:20 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BABCOCK, LEWIS T | 4/7/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed (Artist) |
| 2. | 2004 | Galleries of the Southeast |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 4/7/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Double Eagle Petroleum Mining Co. (Com.) | | None | J | T | | | | | |
| 2.   Prime Energy Corp. (Com.) | | None | J | T | | | | | |
| 3.   jhi, Inc. (Com.) | | None | J | T | | | | | |
| 4.   Colorado Public Employees Retirement Association | | None | M | T | | | | | |
| 5.   Brokeridge Account #1 (IRA) | | | | | | | | | |
| 6.   a) AIM Value Fund Cl B | A | Dividend | J | T | | | | | |
| 7.   b) Hartford Fund Cl B | A | Dividend | J | T | | | | | |
| 8.   c) U. S. Treasury Coupons | A | Interest | K | T | Redeem | 11/15 | K | D | |
| 9.   Brokeridge Account #2 (IRA) | | | | | | | | | |
| 10.   a) AIM Value Fund Cl B | A | Dividend | J | T | | | | | |
| 11.   Brokerage Account #2 | | | | | | | | | |
| 12.   a) AIM Equity Fund Class A | A | Dividend | J | T | | | | | |
| 13.   Brokeridge Account #3 | | | | | | | | | |
| 14.   a) Citibank NA | A | Interest | J | T | | | | | |
| 15.   b) AT&T Corp (Com.) | A | Dividend | J | T | | | | | |
| 16.   c) AT&T Wireless Services, Inc. (Com.) | | None | J | T | Merger | 10/27 | J | C | |
| 17.   d) Weyth (Com.) | A | Dividend | K | T | | | | | |
| 18.   e) Avaya, Inc. (Com.) | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 4/7/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | f) Lucent Tech., Inc. (Com.) | A | None | J | T | | | | | |
| 20. | g) Viacom B (Com.) | | None | K | T | | | | | |
| 21. | h) AIM Blue Chip B | | None | K | T | | | | | |
| 22. | I) AIM New Tech Fund f/k/a Invesco | | None | J | T | | | | | |
| 23. | j) AIM Value Fund Cl B | | None | K | T | | | | | |
| 24. | k) GNMA (9/86) | A | Interest | J | T | | | | | |
| 25. | l) GNMA (12/86) | A | Interest | J | T | | | | | |
| 26. | m) AGRA (Com.) | | None | J | T | | | | | |
| 27. | n) AGRB (Com.) | | None | J | T | | | | | |
| 28. | o) Comcast Corp. (Com.) | | None | J | T | | | | | |
| 29. | p) AIM Premier Equity Fund Class A f/k/a Value Fund Class A | A | Dividend | K | T | | | | | |
| 30. | q) Capital World Growth & Income B | A | Dividend | K | T | | | | | |
| 31. | Invesco Growth Fund n/k/a AIM Invesco Growth Fund | | None | J | T | | | | | |
| 32. | Investo Equity Fund n/k/a AIM Invesco Core Equity Fund | B | Dividend | K | T | | | | | |
| 33. | Invesco Tax Free Bond Fund n/k/a AIM Invesco Free Bond Fund | B | Dividend | L | T | | | | | |
| 34. | Oppenheimer Main St. and Growth | A | Dividend | J | T | Partial Rede | 01/01 | J | A | |
| 35. | Valic (IRA) | A | Interest | J | T | | | | | |
| 36. | Waddell & Reed Tot. Ret. Fund (IRA) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15.001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100.001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                                P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)            U = Book Value        V = Other                    W = Estimated

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 37. U.S. Consolidated Federal Credit Union | | | | | | | | | |
| 38. a) CD | A | Interest | J | T | | | | | |
| 39. b) Account #1 | A | Interest | J | T | | | | | |
| 40. c) Account #2 | A | Interest | J | T | | | | | |
| 41. USbancorp Account #1 | A | Interest | J | T | | | | | |
| 42. USbancorp Account #2 | A | Interest | J | T | | | | | |
| 43. Lot Riverside County, Calif. (Line 20, 2000 Report) | | None | J | W | | | | | |
| 44. .333 Interest in Sec. 15, TWP 10 S, Rng. 14 E. SBBAM | | None | K | W | | | | | |
| 45. Brokeridge Account #1 (IRA) | | | | | | | | | |
| 46. (a) Capital World Growth Income B | A | Dividend | K | T | | | | | |
| 47. (b) Capital Income Building Fund B | A | Dividend | K | T | | | | | |
| 48. American Funds IICA | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BABCOCK, LEWIS T | 4/7/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BABCOCK, LEWIS T | 4/7/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████     Date___ 4 / 7 / 0 5 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544